United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

TINAMARIE BARRALES, et al.,

Plaintiffs,

v.

RECKITT BENCKISER LLC,

Defendant.

Case No. 25-cv-10643-BLF

**ORDER ADMONISHING DEFENDANT REGARDING COMPLIANCE WITH STANDING ORDERS**

[Re: ECF No. 11]

Defendant has submitted a Motion to Dismiss that fails to comply with this Court's standing orders because it contains single-spaced footnotes with citations to evidence or caselaw and single-spaced block quotations. *See* Standing Order re Civil Cases § IV.E–F. The Court will accept the nonconforming filing and DIRECTS Defendant to comply with the Court's standing order for all future filings.

Dated: February 23, 2026

BETH LABSON FREEMAN
United States District Judge